UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                                    :

                    Plaintiff,                                    :

                            :     <u>JUDGMENT OF FORFEITURE</u>

           -v.-

                            :     25 Civ. 10003 (VEC)

$150,572 IN UNITED STATES CURRENCY
FORMERLY ON DEPOSIT IN JPMORGAN                              :
ACCOUNT NUMBER XXXX0077 HELD IN THE
NAME OF SUNSETCAST LLC,                                       :

           Defendant-*in-rem*.                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about December 2, 2025, the United States of America commenced an *in rem* forfeiture action seeking the forfeiture of the following property by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

        a. $150,572 in United States currency formerly on deposit in JP Morgan Account Number XXXX0077, held in the name of Sunsetcast, LLC

(the "Defendant-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C) and 984, because there is probable cause to believe the Defendant-*in-rem*, constitutes (i) property involved in a money laundering transaction, in violation of Title 18, United States Code, Section 1956; and (ii) property constituting or derived from proceeds traceable to wire fraud and conspiracy to commit wire fraud, in violation of Title 18, United States Code, Sections 1343 and 1349;

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was

posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 12, 2025, through January 10, 2026, and proof of such publication was filed with the Clerk of this Court on March 4, 2026 (D.E. 3);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, On or about December 5, 2025, the Government sent direct notice of the Verified Complaint by Certified Mail to the following:

Kristoff Williams, Esq.
c/o Julian Rebiga
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

Sunsetcast LLC
2110 Artesia Blvd
Redondo Beach, CA 90278

(the "Noticed Parties").

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.      The Defendant-*in-rem* shall be, and the same hereby are, forfeited to the Plaintiff United States of America.

2.      The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

The Clerk of Court is respectfully directed to CLOSE this case and the open motion at Dkt. 4.

Dated: New York, New York
       April 28          , 2026

                                    SO ORDERED:

                                    _____
                                    THE HONORABLE VALERIE E. CAPRONI
                                    UNITED STATES DISTRICT JUDGE